**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHRISTIAN MOSQUERA IBARGUEN, | ) | |
| Petitioner, | ) | |
| -vs- | ) | NO. CIV-26-1558-HE |
| WARDEN, Diamondback Correctional Facility, et al., | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Christian Mosquera Ibarguen filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement [ICE]. The matter was referred to United States Magistrate Judge Chris M. Stephens in accordance with 28 U.S.C. § 636. Magistrate Judge Stephens has issued a Report and Recommendation [Doc. #16], recommending this court dismiss the petition as moot because petitioner is no longer in ICE custody in light of his removal to Columbia, his native country.

The Report and Recommendation advised petitioner of the right to object to the Report and Recommendation by August 13, 2026, and the consequences for the failure to file a timely objection. To date, petitioner has not filed an objection. With no timely objection, the court adopts the Report and Recommendation.

Accordingly, the Report and Recommendation [Doc. #16] is **ADOPTED**. The petition for writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **DISMISSED as MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 17th day of August, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE